Andrea L. Santarsiere
WY Bar No. 7-5396
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
Telephone: (303) 854-7748
asantarsiere@biologicaldiversity.org

*Attorney for Plaintiffs*

(additional counsel, pending admission
*pro hac vice,* listed on signature page)

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

2019 JAN 29 AM 10: 08

STEPHAN HARRIS, CLERK
CHEYENNE

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al, | )<br>)<br>) Case No. 19-CV-20-F<br>) |
| Plaintiffs, | ) |
| vs. | )<br>) |
| USDA APHIS WILDLIFE SERVICES, et al. | )<br>) |
| Defendants. | )<br>) |

## DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTERESTS, AND BUSINESS ENTITY CITIZENSHIP

Pursuant to Federal Rule of Civil Procedure 7.1, I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the Center for Biological Diversity, Western Watersheds Project, and WildEarth Guardians have no parent corporations, subsidiaries, or any outstanding securities in the hands of the public.

Plaintiffs make these representations so that judges of this court may determine any need for recusal.

//

DATED: January 29, 2019						Respectfully submitted,

*/s/ Andrea Santarsiere*
Andrea L. Santarsiere
WY Bar No. 7-5396
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 469
Victor, ID 83455
Telephone: (303) 854-7748
asantarsiere@biologicaldiversity.org

Collette L. Adkins
MN Bar No. 035059X*
CENTER FOR BIOLOGICAL DIVERSITY
P.O. Box 595
Circle Pines, MN 55014-0595
Telephone: (651) 955-3821
cadkins@biologicaldiversity.org

*Seeking admission pro hac vice

*Attorneys for Plaintiffs*