| | |
|---|---|
| MARK A. KLAASSEN<br>United States Attorney<br>Nicholas Vassallo (WY Bar No. 5-2443)<br>Assistant United States Attorney<br>P.O. Box 668<br>Cheyenne, WY 82003<br>Telephone: 307-772-2124<br>nick.vassallo@usdoj.gov<br><br>JEAN E. WILLIAMS<br>Deputy Assistant Attorney General<br>Environment and National Resources Division<br>Erika Norman, CA Bar # 268425*<br>Trial Attorney<br>Natural Resources Section<br>United States Department of Justice<br>150 M Street, NE, Suite 2.900<br>Washington, DC 20002<br>Telephone: 202-305-0475<br>Fax:  202-305-0506<br>erika.norman@usdoj.gov<br><br>*Attorneys for Defendants* | Andrea L. Santarsiere, (WY Bar No. 7-5396)<br>CENTER FOR BIOLOGICAL DIVERSITY<br>P.O. Box 469<br>Victor, ID 83455<br>Telephone: 303-854-7748<br>asantarsiere@biologicaldiversity.org<br><br>Collette L. Adkins<br>MN Bar No. 035059X*<br>CENTER FOR BIOLOGICAL DIVERSITY<br>P.O. Box 595<br>Circle Pines, MN 55014-0595<br>Telephone: 651-955-3821<br>cadkins@biologicaldiversity.org<br><br>*Attorneys for Plaintiffs*<br><br><br>*Granted admission pro hac vice |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY;<br>WESTERN WATERSHEDS PROJECT; and<br>WILDEARTH GUARDIANS;<br><br>      Plaintiffs,<br><br>  v.<br><br>USDA APHIS WILDLIFE SERVICES; JANET<br>L. BUCKNALL, Deputy Administrator, USDA<br>APHIS Wildlife Services;<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 19-CV-20-F<br><br><br>**FIRST JOINT STATUS REPORT** |

Plaintiffs the Center for Biological Diversity, Western Watersheds Project, and WildEarth Guardians and Defendants USDA APHIS Wildlife Services and Janet L. Bucknall in her official capacity (together, "the Parties") hereby submit this first periodic status report to the Court pursuant to the Court's August 8, 2019 Order dismissing the case with prejudice.

Defendant USDA APHIS Wildlife Services is continuing to work towards completing a final Environmental Assessment for Predator Damage Management in Wyoming by January 8, 2021. There are currently no disputes regarding the Parties' adherence to their obligations under the Settlement Agreement. The Parties will provide a second status report in ninety days.

DATED:  November 5, 2019

        RESPECTFULLY SUBMITTED,

        JEAN E. WILLIAMS
        Deputy Assistant Attorney General
        Environment and National Resources Division

        By: /s/ *Erika Norman*
            ERIKA NORMAN
            Trial Attorney
            Natural Resources Section
            U.S. Department of Justice

        MARK A. KLAASSEN
        United States Attorney

        By: /s/ *Nicholas Vassallo*
            NICHOLAS VASSALLO
            Assistant United States Attorney

        Counsel for Federal Defendants

        By: /s/ *Collette Adkins, with permission*
            COLLETTE ADKINS
            Center for Biological Diversity, Senior Attorney

        Counsel for Plaintiffs